Mark A. Hutchison, Esq.
CA Bar No. 150250
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile:   (702) 385-2086

Attorneys for Defendant
AHERN RENTALS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENNEDY,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>AHERN RENTALS, INC. and DOES 1 to 100 inclusive,<br><br>　　　　　Defendants.<br>―――――――――――――――――<br>AHERN RENTALS, INC., a Nevada Corporation,<br><br>　　　　　Third-Party Plaintiff,<br><br>-vs-<br><br>JLG Industries, Inc., and DOES I through X,<br><br>　　　　　Third-Party Defendant. | CASE NO. 2:05-CV-00795-FCD-PAN<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

The parties, JAMES KENNEDY, by and through his attorney of record Robert S. Arns, Esq., JLG Industries, Inc., by and through his attorney of record, Frank E. Schimaneck, Esq., and AHERN RENTALS INC., by and through its attorney of record Hutchison & Steffen, LLC, hereby stipulate and agree to the following:

***

***

1.    The entire case, which includes all claims brought by all parties shall be dismissed with prejudice.

2.    All parties agree to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit.

3.    Each party shall bear their own fees and costs.

DATED this ____ day of June, 2005

THE ARNS LAW FIRM

By:_____
Robert S. Arns, Esq. (CA SBN 65071)
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Attorneys for James Kennedy

DATED this ____ day of June, 2005

DRYDEN, MARGOLES, SCHIMANECK & WERTZ

By:_____
Frank E. Schimaneck, Esq. (CA SBN 73912)
101 California Street, Suite 2050
San Francisco, California 94111
Attorney for JLG Industries, Inc.

DATED this ____ day of June, 2005

HUTCHISON & STEFFEN, LLC

By:_____
Mark A. Hutchison, Esq. (CA SBN 150250)
Peccole Professional Park
10080 W. Alta Dr., Ste. 200
Las Vegas, Nevada 89145
Attorneys for Ahern Rentals, Inc.

- 2 -

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this 24th day of June, 2005.

/s/ Frank C. Damrell Jr.
DISTRICT COURT JUDGE

Submitted by:

HUTCHISON & STEFFEN, LLC

_____
Mark A. Hutchison (4639)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Ste. 200
Las Vegas, Nevada 89145
(702) 385-2500
Attorneys for Plaintiff